**Motion Granted and Order filed June 21, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00268-CV
_____

**MICHAEL SCOTT, Appellant**

**V.**

**OFFICER WILLIAM MORGAN, Appellee**

---

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 08-DCV-163306**

---

## O R D E R

The clerk's record was filed April 9, 2012. Appellant's brief was due May, 9, 2012. Appellant filed a motion for extension of time to file his brief due to problems receiving law books. The motion does not contain a request for supplementation of the record. The court granted appellant's extension until June 11, 2012.

On June 11, 2012, appellant filed a second motion for extension of time to file his brief. As good cause, appellant stated that he is waiting for a supplemental clerk's record to be filed. In addition, appellant filed a request for a ruling on his motion to supplement

the clerk's record.  This court has not received a request for supplementation and has not ordered a supplemental clerk's record.  Appellant's request for a ruling is denied as moot.

We **GRANT** appellant's request for an extension of time to file his brief.  Appellant's brief shall be due on or before **July 20, 2012.  No further extensions will be considered absent exceptional circumstances.**

PER CURIAM